1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA BOURNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION and CVS PHARMACY, INC.,<br><br>Defendants. | Case No. 3:24-cv-06899-VC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Having considered the Plaintiff Alisa Bourne's Request for Dismissal Without Prejudice, IT IS HEREBY ORDERED that Plaintiff's individual claims against Defendants CVS Health Corporation and CVS Pharmacy, Inc. are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: November 4, 2024

_____
HON. VINCE CHHABRIA
United States District Judge